**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> WILLIAM GEORGE KNIGHT, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 24-412 (RBW) |

## ORDER

In light of the Government's Motion to Detain Defendant Pending Trial and Revoke Release Order, ECF No. 21, it is hereby

**ORDERED** that, on or before September 27, 2024, the defendant shall file a response to the government's motion. It is further

**ORDERED** that, on or before September 30, 2024, the government shall file a reply in support of its motion, if any. It is further

**ORDERED** that the arraignment currently scheduled to be held via videoconference on October 1, 2024, is **CONVERTED** to an in-person arraignment and hearing on the Government's Motion to Detain Defendant Pending Trial and Revoke Release Order, ECF No. 21. The parties shall appear before the Court for the arraignment and motion hearing in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 24th day of September, 2024.

                                              REGGIE B. WALTON
                                              United States District Judge