UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM GEORGE KNIGHT,<br><br>　Defendant. | Case No. 24-CR-412 (RBW) |

**UNITED STATES' MOTION TO QUASH OCTOBER 1, 2024 BENCH WARRANT**

　　The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

　　The government hereby moves to quash the bench warrant entered on October 1, 2024 for failure to appear to the Arraignment and Bond Revocation Hearing scheduled for October 1, 2024. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　EDWARD ROBERT MARTIN, JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481866


　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　JENNIFER LEIGH BLACKWELL
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481097
　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Jennifer.blackwell3@usdoj.gov
　　　　　　　　　　　　　　　　　　　　(202) 252-7068